UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ  85377

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHNSON, JAY B. | ) | Case No. 08-18002-PHX RJH |
| JOHNSON, DEBI L. | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| JOHNSON, DEBI MELTZER | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in Sec347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 3 | PYOD, ASSIGNEE FOR CITIBANK<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 19008<br>GREENVILLE, SC  29602 | 4.12 |

| | |
|---|---|
| August 31, 2010 | /s/ Jill H. Ford |
| DATE | JILL H. FORD, TRUSTEE |